**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNTIED STATES OF AMERICA *ex rel.* VERITY INVESTIGATIONS, LLC,

Plaintiffs,

v.

CHUN YU WORKS (U.S.A.) INC.,

Defendants.

No. 2:26-cv-07462-JAK (BFMx)

**ORDER RE UNSEALING OF CASE**

Based on a review of the declination of the United States of America ("United States") to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B), **IT IS ORDERED** that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed, and the Relator shall serve it upon the defendant;

2. This Order and the Notice of Election by the United States to Decline Intervention are both unsealed, and the Relator shall serve both upon the defendant with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3); and

6. Should the Relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same, and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated: September 14, 2026



John A. Kronstadt
United States District Judge