Rachel L. Fiset (SBN 240828)
William M. Odom (SBN 313428)
**RFZ LAW LLP**
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
Telephone: (213) 266-5170
Facsimile: (213) 582-8414
Email: rachel.fiset@rfzllp.com
Email: william.odom@rfzllp.com

Attorneys for Defendant
**CHUN YU WORKS (U.S.A.) INC.**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

ex rel. **VERITY INVESTIGATIONS, LLC,**

Relator,

v.

**CHUN YU WORKS (U.S.A.) INC.,**

Defendant.

Case No. 2:26-cv-07462-JAK-BFM
Assigned to: Hon. John A. Kronstadt

Action Filed: July 9, 2026

**DECLARATION OF WILLIAM ODOM REGARDING DEFENDANT'S ANSWER TO COMPLAINT AND RELATOR'S REQUEST FOR DEFAULT**

I, William Odom, hereby declare as follows:

1. I am over the age of eighteen years. I am employed by RFZ Law LLP, counsel of record for Defendant CHUN YU WORKS (U.S.A.) INC. ("Defendant") in this matter. I submit this declaration in response to Relator VERITY INVESTIGATIONS, LLC's ("Relator") Request for Entry of Default (ECF No. 17) and in response to the Declaration of Raymond K. Right in support of the same (ECF No. 16).

2. My law firm represents Defendant in this matter, a fact known to counsel for Relator since October 26, 2026.

3. Relator filed this action, under seal as required by the False Claims Act, on July 9, 2026. ECF No. 1.

4. On September 11, 2026, the United States Government declined to intervene in this matter. ECF No. 8; *see also* ECF No. 9 (subsequent notice of clerical error), ECF No. 10 (corrected notice of election). The same day, September 11, Relator filed a First Amended Complaint (ECF No. 7, "FAC"). At present, the FAC remains under seal pursuant to the False Claims Act.

5. Pursuant to the Government's declination, on September 14, 2026, the Court ordered that the original Complaint be unsealed and served on Defendant, even though the original Complaint had then been superseded by Relator's filing of the FAC. ECF No. 11.

6. Rather than notify the Court of the situation, Relator caused the original, superseded Complaint to be served on Defendant on October 15, 2026. Relator then filed a proof of service of the original, no-longer-operative Complaint. ECF No. 14.

7. After receiving service of the Complaint, Defendant engaged my firm to represent it in this matter. On October 26, 2026, I emailed counsel for Relator, Raymond K. Wright, to notify him that we represented Defendant and to request an extension of time to respond to the Complaint. At that time, I believed the Complaint

served on Defendant to be the operative complaint in this case. Attached hereto as **<u>Exhibit 1</u>** is a true and correct copy of a chain of emails between myself, my co-counsel Rachel Fiset, and Mr. Wright between October 26, 2026, and November 3, 2026.

8. In response, Mr. Wright notified me that Relator had filed a First Amended Complaint. Mr. Wright proposed that Defendant's time to respond to the original, superseded Complaint be extended by a period of sixty days. *See* Ex. 1, at 3.

9. I responded to Mr. Wright and explained that Defendant did not have an obligation to respond to a superseded complaint. I further explained that Defendant did not have access to the operative complaint, the FAC, which remains under seal at present, and therefore could not yet respond to it. I advised Mr. Wright that, if and when the FAC became unsealed, Relator should serve the FAC on Defendant, and Defendant's deadline to respond thereto would be triggered by such service. I even agreed to accept electronic service on behalf of Defendant of any documents going forward, including the FAC once it became unsealed. *See* Ex. 1, at 1.

10. Mr. Wright responded on November 3, 2026, by thanking me for stating Defendant's position and for agreeing to accept electronic service. *See* Ex. 1, at 1. Mr. Wright in no way indicated that he intended to request that the Court enter Defendant's default on the original Complaint.

11. Seventeen days later, on Friday, November 20, 2026—without prior notice to me, my firm, or Defendant—Relator filed a request for entry of Defendant's default on the original, superseded Complaint. ECF No. 17. Relator concurrently filed the Declaration of Raymond K. Wright in support of that request, in which Mr. Wright neglects to mention that he had been in contact with counsel who represented Defendant in this case and who had agreed to accept service of the operative

complaint once it became unsealed. ECF No. 16. Relator served the request and declaration on my firm by email the same day, but only after they had been filed.

12. Relator's Request for Default is not proper. It is premised on service of the original, superseded complaint, and therefore cannot support the entry of default or judgment against Defendant. *See Warren v. Green Tree Servicing*, 663. F. App'x 703, 710 (10th Cir. 2016) ("[T]he entry of default must be set aside because it was directed at a superseded pleading (the original complaint)."). Furthermore, Relator filed its Request Default while knowing that Defendant was represented, accepting service, and actively participating in this case. *See Cox v. Nasche*, 149 F.R.D. 190, 192 (D. Ala. 1993) ("[A] party should not seek the entry of default against a party she knows is represented by an attorney without at least checking with that attorney to determine whether the party intends to litigate."). The Court should deny Relator's Request for Default.

13. In any case, in an abundance of caution, Defendant is concurrently filing an Answer to the original Complaint, even though it is no longer the operative pleading in this matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 23rd day of November, 2026, at Los Angeles, California.

s/ *William Odom*

William Odom

# PROOF OF SERVICE

I, William Odom, declare:

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.

2. My business address is RFZ LAW LLP, 315 W. 9th Street, Suite 1200, Los Angeles, CA 90015.

3. On November 23, 2026, I served the document(s) described as **DECLARATION OF WILLIAM ODOM REGARDING DEFENDANT'S ANSWER TO COMPLAINT AND RELATOR'S REQUEST FOR DEFAULT** on the interested parties in this action as follows:

See Attached Service List.

X By CM/ECF: I filed this document and exhibits, if any, via PDF using the Court's electronic filing system, PACER, which caused electronic service on all case participants.

X [Federal] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2026, at Los Angeles, California.

*s/ William Odom*

William Odom

**Service List**

Raymond K. Wright
raymond@rkwrightlaw.com
**LAW OFFICE OF RAYMOND K. WRIGHT, INC.**
1950 Corporate Way #22686
Anaheim, CA 92801
Tel.: (949) 342-6101

Attorneys for Relator
**VERITY INVESTIGATIONS, LLC**

Faith Roberts
Faith.Roberts@usdoj.gov
**UNITED STATES DEPARTMENT OF JUSTICE**
Federal Building
300 N. Los Angeles St., Room 7516
Los Angeles, CA 90012
Tel.: (817) 527-5624
Fax: (202) 481-2992

Attorneys for Plaintiff
**UNITED STATES OF AMERICA**